Decided April 24, 1995

STATE OF CONNECTICUT *v.* DEBORAH SZYMKIEWICZ

The state of Connecticut's petition for certification for appeal from the Appellate Court, 36 Conn. App. 625 (AC 12807), is granted, limited to the following issues:

"1. Under the circumstances of this case, did the Appellate Court properly conclude that General Statutes § 53a-181 (a) (1) does not include speech that constitutes 'fighting words'?

---

* The appeal was withdrawn December 29, 1995.

"2. If the answer to question 1 is no, was the evidence sufficient for conviction of a violation of that statute?"

The Supreme Court docket number is SC 15253.

*Mitchell S. Brody,* assistant state's attorney, in support of the petition.

*Scott M. Jones,* deputy assistant public defender, in opposition.

Decided April 24, 1995